THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Keonakamerah Postell, Appellant.
 
 
 

Appeal From Anderson County
 J. Cordell Maddox, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-376
Submitted June 1, 2005  Filed June 13, 2005

APPEAL DISMISSED

 
 
 
 Acting Deputy Chief Attorney Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, of Columbia; Solicitor Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Keonakamerah Postell appeals his convictions for murder and possession of a firearm during the commission of a violent crime.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Postells counsel attached a petition to be relieved as counsel to the final brief, stating she reviewed the record and concluded Postells appeal is without legal merit.  Postells sole argument on appeal contends the circuit court erred in failing to suppress an out-of-court identification.  Postell filed a separate pro se brief challenging the circuit courts jurisdiction.   
After a review of the record and briefs as required by Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues arguable on their merits.  Accordingly, we dismiss this appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.